UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SARIN CHHAM, | ) | CASE NO. 1:17-cv-01624-JRA |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER OF SOCIAL SECURITY | ) | AND ORDER |
| Defendant. | ) | |

The Social Security Administration denied Plaintiff's application for disability insurance benefits and supplemental security income in the above-captioned case. Plaintiff sought judicial review of the Commissioner's decision, and the case was referred to Magistrate Judge James R. Knepp, II, for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1). The Magistrate Judge submitted a Report and Recommendation that the decision of the Commissioner be AFFIRMED IN PART, and REVERSED AND REMANDED IN PART. Doc. 17.

Fed. R. Civ. P. 72(b) provides that the parties may object to a Report and Recommendation within fourteen (14) days after service. To date, no objections have been filed. In fact, on May 7, 2018, the Commissioner filed a response to the Report and Recommendation whereby the Commissioner confirmed that she would not file objections. As such, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is AFFIRMED IN PART, and REVERSED AND REMANDED IN PART back to the Social Security Administration.

IT IS SO ORDERED.

Dated: May 17, 2018          */s/ John R. Adams*
                             UNITED STATES DISTRICT JUDGE